**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| William Ezell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Global Geophysical Services, Inc., | ) | |
| | ) | Case No.  1:12-cv-150 |
| Defendant. | ) | |

The court construes plaintiffs' amended pleadings as supplements to his original pleading. The undersigned has reviewed plaintiff's submissions and is not prepared to conclude at this point that no claim for relief has been stated.  The Clerk's office is directed to append copies of plaintiff's amended pleadings to his original complaint and file the resulting document as plaintiff's "third amended complaint."  The Clerk's office shall effectuate service of the summons and complaint upon defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure and, if necessary, that the service be made by the United States Marshals Service.

Dated this 5th day of February, 2013.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge